JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>      Plaintiff,<br><br>  v.<br><br>SUN RISE PROPERTY LLC, et al.,<br><br>      Defendants. | Case No. SACV 19-952 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Pursuant to the Order filed concurrently herewith, the Court GRANTS Defendant's motion for summary judgment and DENIES Plaintiff's motion for summary judgment. Plaintiff's ADA claims are DISMISSED WITH PREJUDICE and Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE. The Clerk is directed to close the case.

  Judgement is entered in favor of Defendants.

Dated: May 15, 2020

                    THE HONORABLE JESUS G. BERNAL
                    United States District Judge